## Documentary Exhibit 1

# TONTITOWN POLICE DEPARTMENT
235 EAST HENRI DE TONTI BLVD
TONTITOWN, AR 72770

Page **1**    **Incident**

Incident # **23-000172**

| Beat | Rpt Dist | Type | | Seq |
|---|---|---|---|---|
| | | **Arrest** | | **1** |

| Crime / Incident (Primary, Secondary, Tertiary) | Attempt | Occurred | Date | Time | Day |
|---|---|---|---|---|---|
| **5-27-207 ENDANGERING WELFRE OF A MINOR 3RD DEGREE** | ☐ | On or From | **04/20/2023** | **17:00** | **Thu** |
| | ☐ | To | **04/20/2023** | **20:30** | **Thu** |
| | ☐ | Reported | **04/20/2023** | **17:00** | **Thu** |

Location of Incident  **845 Via Drago # B, Tontitown, AR**

Cross Street

Latitude / Longitude

County **WASH**

| Dispo | "V" = Victim   "RP" = Reporting Party   "W" = Witness   "S" = Suspect   "O" = Other |
|---|---|

| Dispo | Last, First, Middle (Firm if Business) | Race | Sex | Age | HT | WT | Hair | Eyes | Home Phone |
|---|---|---|---|---|---|---|---|---|---|
| **V** | | | | | | | | | (479) |
| | Address | DOB | | DL Number | | | | State **AR** | Work Phone (479) |
| | City, State, Zip Code | SSN | | Local ID # | State # | | FBI # | Cell Phone 0 | |

| Dispo | Last, First, Middle (Firm if Business) | Race | Sex | Age | HT | WT | Hair | Eyes | Home Phone |
|---|---|---|---|---|---|---|---|---|---|
| **S** | **SHERLAND, JEREMY DWAYNE** | **W** | **M** | **45** | **6-02** | **220** | **BLD** | **BRO** | (479) |
| | Address ▮ | DOB ▮ | | DL Number ▮ | | | | State **AR** | Work Phone (479) |
| | City, State, Zip Code ▮ | SSN | | Local ID # | State # | | FBI # | Cell Phone 0 | |

| Dispo | Last, First, Middle (Firm if Business) | Race | Sex | Age | HT | WT | Hair | Eyes | Home Phone |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | Address | DOB | | DL Number | | | | State | Work Phone |
| | City, State, Zip Code | SSN | | Local ID # | State # | | FBI # | Cell Phone | |

| Dispo | Last, First, Middle (Firm if Business) | Race | Sex | Age | HT | WT | Hair | Eyes | Home Phone |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | Address | DOB | | DL Number | | | | State | Work Phone |
| | City, State, Zip Code | SSN | | Local ID # | State # | | FBI # | Cell Phone | |

Synopsis

| S O L V A B I L I T Y | | Continuation Attached ☐ | PropertyList Attached ☐ | Property Damage $ |
|---|---|---|---|---|
| | | UCR **20** | Press Release ☐ | Domestic Violence Case ☐ |
| | | Gang Related **N** | Hate Crime ☐ | Victim Senior Citizen ☐ |
| | | Pursuit ☐ | Force Used ☐ | Child Abuse ☐ |
| | | | County Code **WASH** | Disposition **CLSD** |
| | | | | Connecting Case # |
| | | Report Complete/Ready for Review ☐ | | CAD/CFS Event # |

Assigned To  **Trevor Hammons**    Date **04/20/2023**

| Officer ID **Trevor Hammons** | **T.HAMM** | Reviewed By **Pete Mccollough** | Approved **NO** | Date **04/24/2023** |
|---|---|---|---|---|

Printed By/On: 501 / 04/25/2023 08:38:17
CrimeStar® Law Enforcement Records Management System
Licensed to: TONTITOWN AR POLICE DEPARTMENT



# TONTITOWN
# POLICE DEPARTMENT

Page **2**

**Narrative**

## Incident Cont'd

Incident # **23-000172**

| Crime / Incident (Primary) | Attempt | Type | | Seq |
|---|---|---|---|---|
| 5-27-207 ENDANGERING WELFRE OF A MINOR 3RD DEGREE | ☐ | | Arrest | 1 |

**Arrest of Jeremy Sherland (DOB** ▮▮▮▮▮

**Charges of Unlawful to perform body art on person under 18years of age, Endangering welfare of minor 3rd, refusal to submit to arrest, and obstructing governmental operations.**

On April 20, 2023, at approximately 1700 hours, I, Sgt. Hammons was contacted by Officer Ross of the Springdale Police Department, in reference to conducting a welfare concern at ▮▮▮▮▮

Officer Ross advised a young ▮▮▮ went to school with a piercing in ▮▮ left ear. While sitting in class talking with other students and a teacher present, the ▮▮ stated ▮▮ dad had put ▮▮ in a choke hold and shoved the piercing in ▮▮ ear. The student stated ▮▮ dad was drunk at the time of the incident. It is unknown if the ▮▮ airway was restricted.

Tontitown Police Officers arrived at the named address above, when we were greeted by an older white male, who was later identified as Jeremy Sherland (dob ▮▮▮▮▮. Officer Calico and Officer Campbell advised Jeremy why they were at the residence and asked about the incident. Jeremy admitted to piercing ▮▮▮▮ ear. I asked Jeremy if I could talk to ▮▮▮▮ himself and he refused to allow me to do so, without an attorney present. ▮▮ stated ▮ wanted ▮ dad to pierce ▮▮ ear while standing in front of ▮ father. I asked Jeremy if he would be willing to identify himself for the report and he refused to do so. This was asked for the purpose of documentation in a report about the alleged crime that was being investigated. I asked Jeremy if I could talk to him without ▮▮ present and he stated, yeah as I asked him to walk out of the garage away from everyone present. Jeremy refused to walk out of the garage. Jeremy stated, at this time I am not answering anymore questions. I advised Jeremy this case would be submitted to the prosecutor for review and if the findings were valid, there would be a warrant issued. Jeremy became belligerent cursing and yelling towards me as I was walking off. It should be noted, there were multiple young kids outside playing in the area, listening to Jeremy yelling profanity at me. It should also be noted Jeremy had been drinking at the time of our interaction.

At this time all Officers left the residence without incident.

Due to the accusations made by ▮▮ at school, ▮▮▮▮ demeaner, and Jeremy admitting to piercing ▮▮ ear. A review of Body Piercing, Branding, and Tattooing statue was determined in section (i) 1, it is unlawful to perform body art in an unlicensed facility, which is a class D felony. At this time, I contacted the Washington County Prosecutors Office and spoke to Prosecutor Dean advising him of the situation. With the advice of the Prosecutor, he advised to make the arrest of the father and that ▮▮ be taken to the Child Safety Center to be interviewed.

When Tontitown Officers arrived back at the address, I knocked on the door. Jeremy answered the door, and I asked him to step outside and he refused to do so. Jeremy was blocking the doorway, with his hands behind the door and wall, posturing himself in a stand-offish demeanor, while I continued asking him multiple times to come outside. I shoved Jeremy back and entered the residence through the door and advised Jeremy he was under arrest. Jeremy refused to obey commands and refused to be arrested. Officer Campbell and I were able to gain control of Jeremy and placed him into handcuffs. Jeremy was advised what he was being arrested for and secured in the rear of Officer Calicos patrol unit. While walking him to the patrol unit, Jeremy continued to be belligerent. It should be noted the young kids were still in the area playing.

I attempted to calm down ▮▮ and ▮▮ grandmother, who were not wanting to cooperate with law

| Officer ID | Trevor Hammons | T.HAM | Reviewed By Pete Mccollough | Approved NO | Date 04/24/2023 |
|---|---|---|---|---|---|

# TONTITOWN
# POLICE DEPARTMENT

Page **3**

**Narrative**

## Incident Cont'd

Incident #    **23-000172**

| Crime / Incident (Primary) | Attempt | Type | | Seq |
|---|---|---|---|---|
| **5-27-207  ENDANGERING WELFRE OF A MINOR 3RD DEGREE** | ☐ | **Arrest** | | **1** |

enforcement and were very upset. I advised .    ' DHS was going to come and get ███ to take ███ to the Safety Center for an interview and ███ refused. At this time    ' was attempting to walk away from me with ██ grandmother. I advised    ██ needed to stay with us. This is due to .    being in protective custody of law enforcement until DHS arrived.

I contacted DHS and advised them of the situation, and they later arrived on scene. Case worker Haley arrived and spoke with .    and the grandmother. Haley advised          was not very cooperative and was very stand-offish towards her.

Officer Calico transported Jeremy to the Washington County Detention Center to be booked.

| Officer ID | **Trevor Hammons** | **T.HAM** | Reviewed By **Pete Mccollough** | Approved **NO** | Date **04/24/2023** |
|---|---|---|---|---|---|

Printed By/On: 601 / 04/25/2023 08:38:17
CrimeStar® Law Enforcement Records Management System
Licensed to: TONTITOWN AR POLICE DEPARTMENT



# TONTITOWN
# POLICE DEPARTMENT
235 EAST HENRI DE TONTI BLVD
TONTITOWN, AR 72770

# Supplement
Page  **1**

| Incident # | **23-000172** |
|---|---|

**Title** *Calico Supplement*

| Reported | 04/20/2023 | 17:00 | Thursday |
|---|---|---|---|

On Thursday April 20, 2023, at approximately 18:00 hours I, Officer Calico, arrived at the Tontitown Police Department to begin my shift. Shortly after I arrived, I was notified by the Officer I was relieving that there was a welfare concern at ▮▮▮▮▮▮▮▮

I was informed the SRO at Har-Ber High School had contacted the department a short time earlier in reference to an ear piercing a student had received. I was informed the student had been overheard speaking at school about how ▮ father had placed ▮ in a choke hold and pierced ▮ ear. The student also mentioned ▮ father was intoxicated at the time of the piercing. The SRO advised the student and ▮ father live at ▮▮▮▮▮▮▮ in Tontitown and asked that we conduct a welfare check on the student.

Officer Campbell, Sgt. Hammons, and I arrived at the above address. I observed a white male, later identified as Jeremy Sherland (DOB ▮▮▮▮, in the garage listening to music and working on his vehicle. I approached the male and confirmed his name was Jeremy. I identified myself and informed him of the reason I was at the residence. I began to ask Jeremy about the incident. Jeremy was very stand-offish and I could smell the odor of intoxicants coming from his person. When Jeremy went inside to have his ▮ come out and speak with us, he spoke to his ▮ in a harsh tone and only referred to ▮ as ▮.

With his ▮ outside, I asked again about the incident. Whenever I informed Jeremy, his ▮ and Jeremy's mother again of the reason I was there Jeremy's ▮ informed me ▮ wanted to receive the ear piercing. Jeremy's ▮ informed us Jeremy did pierce ▮ ear and Jeremy laughed and agreed ▮ was the one to pierce it. Sgt. Hammons asked Jeremy if he could speak to his ▮ without Jeremy prescient. Jeremy became hostile towards us at that point and informed us we could not speak to his ▮ without an attorney present.

Sgt. Hammons asked Jeremy if he could speak to him without his ▮ present. Jeremy agreed, but when asked if he would step outside his garage Jeremy said he could speak to him right there if he wanted to speak to him. When Sgt. Hammons began to speak to Jeremy, he then said he refused to answer any questions. When Jeremy was asked for his ID Jeremy refused to give an ID stating he had done nothing wrong, so we could not force him to ID even after I informed him, we could since we were there investigation an alleged crime.

Sgt. Hammons informed Jeremy we would get in contact with the prosecutor and have them review the case. We began to leave, and Jeremy stood in his garage yelling profanities as we walked away with several small children playing in the street within earshot.

All Officers left the scene and returned to the Police Department. Due to the accusations made, Jeremy's admission, and his demeanor with both Officers and his ▮ a prosecutor was contacted and informed of the situation. The Arkansas Body Piercing and Tattoo statute states it is unlawful to perform body art in an unlicensed facility and is considered a class D felony. The prosecutor advised us to place Jeremy under arrest and have the child taken to the Child Safety center to be interviewed.

A short time later we arrived back at the residence. Sgt. Hammons knocked on the door and Jeremy answered. Sgt. Hammons asked Jeremy to exit the residence to speak to us and Jeremy refused. Sgt. Hammons told Jeremy to place his hands behind his back and once again Jeremy refused. Sgt. Hammons tried to effect the arrest on Jeremy and a struggle ensued in the doorway. Wh

| Officer ID | | Agency | Reviewed By | | Date |
|---|---|---|---|---|---|
| CALICO, MICHAEL | MC0213 | TPD | Pete Mccollough | | 04/23/2023 |



# TONTITOWN
# POLICE DEPARTMENT
235 EAST HENRI DE TONTI BLVD
TONTITOWN, AR  72770

# Supplement

Page    2

| Incident # | 23-000172 |
|---|---|

Title *Calico Supplement*

| Reported | 04/20/2023 | 17:00 | Thursday |
|---|---|---|---|

ile Officer Campbell and Sgt. Hammons were struggling with Jeremy to get the cuffs on, I kept the family from intervening. Once Jeremy was in handcuffs, he was escorted to my patrol unit and placed in the prisoner compartment. During the walk to my unit Jeremy continued to act belligerently and yell with children playing in the area.

I transported Jeremy to the Washington County Detention Center. During the ride down Jeremy continued to use profanities and sovereign citizen rhetoric.

Jeremy was released to the custody of the jailers without further incident.

| Officer ID | | Agency | Reviewed By | Date |
|---|---|---|---|---|
| **CALICO, MICHAEL** | **MC0213** | **TPD** | **Pete Mccollough** | 04/23/2023 |

Printed By/On: 501 / 04/25/2023 08:35:18
CrimeStar® Law Enforcement Records Management System
Licensed to: TONITOWN AR POLICE DEPARTMENT



# TONTITOWN
# POLICE DEPARTMENT
235 EAST HENRI DE TONTI BLVD
TONTITOWN, AR 72770

# Supplement
Page    1

| Incident # | 23-000172 |
|---|---|

Title **Campbell #514 Supplement**

| Reported | 04/21/2023 | 05:47 | Friday |
|---|---|---|---|

On 04/20/2023 at approximately 1730hrs I, along with Officer Calico and Sgt. Hammons were dispatched to a Welfare concern at ██████████████████████████ Dispatch advised a School Resource Officer from Springdale Har-Ber High School, Officer Ross, was requesting officers to check on a ▬ year-old ▬▬ who lives at that residence.

Officer Ross stated earlier that day he was contacted by one of the ██████ teachers in reference to a comment made by the ███ According to the teacher, she overheard the ███ speaking to a classmate about an incident that happened at the address above the night before. The ████ told█ classmate that ██ father, who was later identified as Jeremy Sherland (███████), put ██ in a choke hold and held ██ down while ██ forced a piercing in ██ ear. It is unknown if ██ airway was restricted. The ███ also stated ██ father was heavily intoxicated at the time of the incident. Officer Ross stated DHS was already contacted about the incident as well.

Once on scene, I along with Officer Calico and Sgt. Hammons made contact with Sherland. We introduced ourselves and stated the reason we were at the residence. After speaking with Sherland about the incident, he opened the garage door and called for his ███ referring to him as ████ to come outside. He did this in a very harsh tone. Sherland also admitted he pierced his ████ ear. I noticed the ear cartilage around the piercing was still red and swollen which led me to believe the piercing happened the previous night. Sgt. Hammons then asks Sherland if he can speak with the ███ alone. Sherland stated he could not talk to his ███ without an attorney present. While standing in front of ██ father, the ████ stated ██ did want ██ ear pierced. Sgt. Hammons then asks Sherland if he would identify himself for the purpose of the report. Sherland refused to give any information. Sherland was being asked to identify himself for the report of the crime that was being investigated. Sherland continued to be non-compliant and refused to cooperate with the investigation. Sgt. Hammons then advised Sherland this case would be submitted to the Prosecutor's Office for review and if they determined the findings were valid, a warrant for his arrest would be issued. After learning this, Sherland became verbally aggressive towards Sgt. Hammons and started cussing and yelling at him as he walked back to his Patrol Unit. While we were at the residence, we observed numerous young kids in the area who were listening to the curse words Sherland was yelling. It should be noted that Sherland was heavily intoxicated at this time.

Due to Sherland's hostile attitude and his admitting that he did pierce his ████ ear, I along with the other Officers returned to the Police Department to review the Body Piercing, Branding and Tattooing statute. After some research, it was found unlawful to perform Body Art in an unlicensed facility. This is a class D Felony. At that time, Sgt. Hammons contacted the Prosecuting Attorney's Office and spoke with Prosecutor Dean. After advising him of the situation, Dean advised us to make the arrest and take the ████ to the Child Safety Center to be interviewed.

With the advice of the Prosecutor, we arrived back at the address. Sgt. Hammons knocked on the front door. Sherland answered the door. Initially, Sgt. Hammons asked Sherland to step outside and speak with us. Sherland refused to do so. Instead, Sherland postured himself with one hand behind the wall and the other behind the door. Sgt. Hammons asked Sherland to come outside multiple times, but he continued to refuse. Sgt. Hammons then pushed Sherland and entered the residence advising him that he was under arrest. Sherland refused to obey our commands and refused to be arrested. I was able to help Sgt. Hammons get the handcuffs on Sherland. While walking Sherland to Officer Calico's Patrol Unit, Sherland continued to yell profanity and act belligerently.

| Officer ID | | Agency | Reviewed By | Date |
|---|---|---|---|---|
| **CAMPBELL, PAYTON** | **PC1004** | **TPD** | **Pete Mccollough** | 04/23/2023 |





**TONTITOWN
POLICE DEPARTMENT**
235 EAST HENRI DE TONTI BLVD
TONTITOWN, AR  72770

# Supplement

Page    **2**

| Incident # | |
|---|---|
| | **23-000172** |

Title **Campbell #514 Supplement**

| | Reported **04/21/2023** | **05:47** | **Friday** |
|---|---|---|---|

DHS was contacted and I, along with Sgt. Hammons stood by until DHS arrived at the residence. The incident is still under investigation.

P. Campbell
Tontitown Police Department
#514

| Officer ID | | Agency | Reviewed By | Date |
|---|---|---|---|---|
| **CAMPBELL, PAYTON** | **PC1004** | **TPD** | **Pete Mccollough** | **04/23/2023** |

Printed By/On: 501 / 04/25/2023 08:38:19
CrimeStar® Law Enforcement Records Management System
Licensed to: TONTITOWN AR POLICE DEPARTMENT