US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

APR 18 2025

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Arkansas

Ronald E. Dowling

By_____
Deputy Clerk

|  |  |
|---|---|
| Jeremy Sherland<br>845 Via Drago Avenue, Apartment B<br>Springdale, Arkansas 72762<br>Phone (479) 408-2446<br><br>*Plaintiff(s)*<br>v.<br><br>Trevor Hammons, in his individual and official<br>capacity<br><br>Matt Durrett, in his individual and official capacity<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 5:25cv5084-TLB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Trevor Hammons in his individual capacity
235 E Henri de Tonti Blvd., Tontitown, AR 72762

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Jeremy Sherland
845 Via Drago Avenue, Apartment B
Springdale, Arkansas 72762
Phone (479) 408-2446
Email: Jzztsherland@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  4/17/2025

R. Akins

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:25cv5084-TLB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* TREVOR HAMMONS, OFFICER
was received by me on *(date)* 04-17-2025 .

☒ I personally served the summons on the individual at *(place)* TONTITOWN POLICE DEPT
235 HENRI-de TONTI Blvd. TONTITOWN AR on *(date)* 04-17-2025 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 60.⁰⁰ for travel and $ _____ for services, for a total of $ 60.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_Gary L. Swearingen_
Server's signature

GARY L. SWEARINGEN - PROCESS SERVER
Printed name and title

2309 N BERKLEIGH DR Fayetteville AR 72704
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

APR 18 2025

Ronald E. Dowling
By_____
Deputy Clerk

# UNITED STATES DISTRICT COURT
### for the
### Western District of Arkansas

Jeremy Sherland )
845 Via Drago Avenue, Apartment B )
Springdale, Arkansas 72762 )
Phone (479) 408-2446 )
)
*Plaintiff(s)* )
)
v. )        Civil Action No. 5:25cv5084-TLB
)
Trevor Hammons, in his individual and official )
capacity )
)
Matt Durrett, in his individual and official capacity )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Matt Durrett, in his official capacity
280 N College Ave # 301, Fayetteville, AR 72701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jeremy Sherland
845 Via Drago Avenue, Apartment B
Springdale, Arkansas 72762
Phone (479) 408-2446
Email: Jzztsherland@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  4/17/2025

R. Akins

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:25cv5084-TLB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MATT DURRETT CIRCUIT Judge
was received by me on *(date)* 04-17-2025 .

☑ I personally served the summons on the individual at *(place)* 280 N College Ave # 403
FAYETTEVILLE AR.                                    on *(date)* 04-17-2025 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 60.00 for travel and $ _____ for services, for a total of $ 60.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

GARY L. SWEARINGEN - PROCESS SERVER
*Printed name and title*

2309 N BERKLEIGH DR. Fayetteville AR 72704
*Server's address*

Additional information regarding attempted service, etc: