### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### FAYETTEVILLE DIVISION

**JEREMY SHERLAND**                                                                                **PLAINTIFF**

**v.**                          **Case No. 5:25-cv-05084-TLB**

**TREVOR HAMMONS and**
**MATTHEW DURRETT**                                                                   **DEFENDANTS**

### NOTICE OF APPEARANCE

Assistant Attorney General Samuel F. Pollock requests that the Clerk of the Court enter

his appearance on behalf of Separate Defendant Matthew Durrett, and requests that copies of all

future service and correspondence be sent accordingly.

Respectfully submitted,

TIM GRIFFIN
Attorney General

By:     Samuel F. Pollock, AR Bar 2024174
Assistant Attorney General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201
Phone: (501) 301-0186
Fax: (501) 682-2591
Email:  samuel.pollock@arkansasag.gov

*Attorneys for Defendant Matthew Durrett*

## CERTIFICATE OF SERVICE

I, Samuel F. Pollock, hereby certify that on April 30, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and mailed the foregoing document by U.S. Postal Service to the following non-CM/ECF participant:

Jeremy Sherland
845 Via Drago Avenue, Apartment B
Springdale, Arkansas 72762

_____

Samuel F. Pollock