**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

JEREMY SHERLAND                                                    PLAINTIFF

v.                          Case No. 5:25-cv-05084-TLB

TREVOR HAMMONS and
MATTHEW DURRETT                                                    DEFENDANTS

<u>**DEFENDANT MATTHEW DURRETT'S  MOTION TO DISMISS**</u>

COMES NOW Separate Defendant, Matthew Durrett, by and through his attorneys, Attorney General Tim Griffin and Assistant Attorney General Samuel F. Pollock, and for his Motion to Dismiss Plaintiff's Complaint (DE 2) states:

1.      Plaintiff filed his Complaint on April 17, 2025. DE 2.

2.      Plaintiff brings this lawsuit under 42 U.S.C. § 1983 for alleged violations of the Fourth and Fourteenth Amendments to the Constitution of the United States. DE 2.

3.      For the following reasons, Plaintiff's Complaint should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6).

4.      Plaintiff has failed to state facts that entitle him to relief and that overcome qualified immunity.

5.      Separate Defendant Durrett is entitled to absolute immunity.

6.      Separate Defendant Durrett is entitled to sovereign immunity in his official capacity.

7.      Separate Defendant Durrett is filing contemporaneously with this motion a Brief in Support and incorporates it herein.

WHEREFORE, Separate Defendant Durrett respectfully requests that his Motion to Dismiss be granted and any and all other just and proper relief to which he may be entitled.

<div style="margin-left: 40%;">

Respectfully submitted,

TIM GRIFFIN
Attorney General

By:   Samuel F. Pollock, AR Bar 2024174
Assistant Attorney General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201
Phone: (501) 301-0186
Fax: (501) 682-2591
Email:  samuel.pollock@arkansasag.gov

*Attorneys for Defendant Matthew Durrett*

</div>

## CERTIFICATE OF SERVICE

I, Samuel F. Pollock, hereby certify that on April 30, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and mailed the foregoing document by U.S. Postal Service to the following non-CM/ECF participant:

Jeremy Sherland
845 Via Drago Avenue, Apartment B
Springdale, Arkansas 72762

Samuel F. Pollock

2