(Rev. 12/1/2018)

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Western District of Arkansas

Jeremy Sherland

*Plaintiff*

v.

Trevor Hammons, et al.

*Defendant*

)
)
)
)
)
)

Case No. 5:25-cv-05084-TLB

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Trevor Hammons, individually

.

Date: May 6, 2025

Jenna Adams, Ark Bar No. 2015082
*Attorney's printed name and bar number*

P.O. Box 38, North Little Rock, AR 72115
*Address*

jenadams@arml.org
*E-mail address*

(501) 978-6115
*Telephone number*

(501) 978-6558
*FAX number*