**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**JEREMY SHERLAND**                                    **PLAINTIFF**

**V.**                  **CASE NO. 5:25-cv-05084-TLB**

**TREVOR HAMMONS, individually**
**and in his official capacity; and**
**MATT DURETT, individually and**
**in his official capacity**                               **DEFENDANTS**

### DEFENDANT'S NOTICE OF FILING EXHIBITS CONVENTIONALLY

Comes now Separate Defendant, Trevor Hammons, individually[1], (hereinafter referred to as "City Defendant"), by and through his attorney, Jenna Adams, and for his Notice of Filing Exhibits Conventionally, state:

1. City Defendant filed an Answer on May 6, 2025.

2. Exhibits 1, 2, 3, and 4 contain audio and video files related to the incident. City Defendant is sending copies of said exhibits to the Court, via federal express, for conventional filing with the clerk's office. City Defendant is also sending a copy of the audio/video exhibit to Plaintiff and chambers.

---

[1] Upon information and belief, City Defendant in his official capacity has not been served pursuant to Fed. R. Civ. P. 4. Thus, City Defendant is not answering in his official capacity at this time.

Respectfully submitted,

**CITY DEFENDANT,**
**Trevor Hammons, individually**


By: /s/ Jenna Adams
JENNA ADAMS, Ark. Bar No. 2015082
P.O. BOX 38
NORTH LITTLE ROCK, AR 72115
TELEPHONE (501) 978-6115
FACSIMILE (501) 978-6558
EMAIL: jenadams@arml.org

## CERTIFICATE OF SERVICE

I, Jenna Adams, hereby certify that on May 6, 2025, I electronically filed the foregoing with the Clerk of the Court, which will send notification of such filing to all CM/ECF participating counsel of record; and I further certify that I mailed the foregoing by U.S. Postal Service, Certified Mail, Return Receipt Requested, to the following non CM/ECF participant:

**_Via Certified Mail and Email_**
Jeremy Sherland
845 Via Drago Ave., Apt. B
Tontitown, AR 72762
jzztsherland@gmail.com


/s/ Jenna Adams
JENNA ADAMS, Ark. Bar No. 2015082

2