# JENNA ADAMS
### ATTORNEY AT LAW
P. O. Box 38
301 W. 2nd Street
North Little Rock, AR 72115

---

Telephone: 501-978-6115
Facsimile: 501-978-6558
Email: jenadams@arml.org

Rebecca Blankenship, Paralegal
Telephone: 501-978-6139
Email: rblankenship@arml.org

April 17, 2025

**VIA FEDEX**
**TRACKING NO. 8810 6457 2000**
Ronald E. Dowling, Clerk
Judge Isaac C. Parker Federal Building
30 S. 6th Street, Room 1038
Fort Smith, AR 72901

   Re: *Jeremy Sherland v. Trevor Hammons, et al.*
     USDC Western District, Fayetteville Division, Case No.: 5:25-cv-05084-TLB

Dear Mr. Dowling:

   Pursuant to City Defendant's Notice of Filing Conventionally [ECF No. 11], enclosed please find City Defendant's Audio/Video flash drive which we are filing conventionally. The Audio/Video flash drive contains Exhibits 1, 2, 3, and 4 to City Defendant's Answer.

   Thank you for your attention to this matter.

            Sincerely,

            /s/ Jenna Adams
            Jenna Adams

JA/rb
Enclosure

cc: Jeremy Sherland