AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

for the

Western District of Arkansas

MAY 14 2025

|  |  |  |
|---|---|---|
| Jeremy Sherland<br>845 Via Drago Avenue, Apartment B<br>Springdale, Arkansas 72762<br>Phone (479) 408-2446 | ) ) ) ) ) | By ___ Ronald E. Dowling<br>Deputy Clerk |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 5:25cv5084-TLB |
| Trevor Hammons, in his individual and official<br>capacity | ) ) ) | |
| Matt Durrett, in his individual and official capacity | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Matt Durrett, in his individual capacity
280 N College Ave # 301, Fayetteville, AR 72701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeremy Sherland
845 Via Drago Avenue, Apartment B
Springdale, Arkansas 72762
Phone (479) 408-2446
Email: Jzztsherland@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   5/8/2025

*Rebecca Akins*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:25cv5084-TLB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Matt Durrett

was received by me on *(date)*  5/12/25  .

☒ I personally served the summons on the individual at *(place)*  Washington County Courthouse,
280 N. College, Fayetteville, Arkansas                              on *(date)* 5/13/25  10:40 am ____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ 60.00 for services, for a total of $ 60.00 0.00 .

I declare under penalty of perjury that this information is true.

Date:   5/14/25

*Server's signature*

Paul Donald  72LS-16-2
*Printed name and title*

DONALD PROCESS SERVICE
P.O. BOX 1640
*Server's address*
SPRINGDALE, AR 72765
479-631-5694

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Western District of Arkansas

US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

MAY 14 2025

Ronald E. Dowling

By_____
Deputy Clerk

| | |
|---|---|
| Jeremy Sherland<br>845 Via Drago Avenue, Apartment B<br>Springdale, Arkansas 72762<br>Phone (479) 408-2446<br>*Plaintiff(s)*<br><br>v.<br><br>Trevor Hammons, in his individual and official<br>capacity<br><br>Matt Durrett, in his individual and official capacity<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 5:25cv5084-TLB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Trevor Hammons in his official capacity
235 E Henri de Tonti Blvd., Tontitown, AR 72762

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeremy Sherland
845 Via Drago Avenue, Apartment B
Springdale, Arkansas 72762
Phone (479) 408-2446
Email: Jzztsherland@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   **5/8/2025**

*Rebecca Akins*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:25cv5084-TLB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Trevor Hammons

was received by me on *(date)*    5/12/25 _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____    on *(date)* _____    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____    on *(date)* _____    ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  Delivery to Chief of Police Jenison at Tontitown Police Dept, 235 E. Henri de Tonti Blvd, Tontitown, Arkansas on 5/13/25 at 10:00 am

My fees are $ _____    for travel and $    60.00    for services, for a total of $    60.00 / 0.00    .

I declare under penalty of perjury that this information is true.

Date:    5/14/25

*Paul Donald*

Server's signature

Paul Donald 72LS-16-2 _____

Printed name and title

**DONALD PROCESS SERVICE**
**P.O. BOX 1640**
**SPRINGDALE, AR 72765**
Server's address
**479-631-5694**

Additional information regarding attempted service, etc: