**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**JEREMY SHERLAND**                                                                 **PLAINTIFF**

**V.**                            **CASE NO. 5:25-cv-05084-TLB**

**TREVOR HAMMONS, individually**
**and in his official capacity; and**
**MATT DURETT, individually and**
**in his official capacity**                                            **DEFENDANTS**

**MOTION TO SEAL VIDEO EXHIBITS TO**
**SEPARATE DEFENDANT TREVOR HAMMONS' ANSWER [DOC. 10]**

Comes now Separate Defendant, Trevor Hammons, individually and officially, (hereinafter referred to as "City Defendant"), by and through his attorney, Jenna Adams, and for his Motion to Seal Video Exhibits to Answer [Doc. 10], herein states:

1.      City Defendant filed his Answer on May 6, 2025. **Doc. No. 10.**

2.      Exhibits 1, 2, 3, and 4 to City Defendant's Answer were filed conventionally since they contained audio and video files related to the incident. **Doc. No. 11.**

3.      Said exhibits contain video footage of Plaintiff's minor child.

4.      Given the fact that the videos contain footage of Plaintiff's minor child, who is the victim of the alleged crime, City Defendant respectfully requests that the videos be filed under seal.

WHEREFORE, City Defendant requests this Court to grant his motion, and for all other just and proper relief to which there is entitlement.

Respectfully submitted,

**CITY DEFENDANT,**
**Trevor Hammons, individually and officially**


By: /s/ Jenna Adams
JENNA ADAMS, Ark. Bar No. 2015082
P.O. BOX 38
NORTH LITTLE ROCK, AR 72115
TELEPHONE (501) 978-6115
FACSIMILE (501) 978-6558
EMAIL: jenadams@arml.org

## CERTIFICATE OF SERVICE

I, Jenna Adams, hereby certify that on June 4, 2025, I electronically filed the foregoing with the Clerk of the Court, which will send notification of such filing to all CM/ECF participating counsel of record; and I further certify that I mailed the foregoing by U.S. Postal Service, Certified Mail, Return Receipt Requested, to the following non CM/ECF participant:

*Via Certified Mail and Email*
Jeremy Sherland
845 Via Drago Ave., Apt. B
Tontitown, AR 72762
jzztsherland@gmail.com


/s/ Jenna Adams
JENNA ADAMS, Ark. Bar No. 2015082

2