**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**

JEREMY SHERLAND                                                              PLAINTIFF

V.                                          CASE NO.  5:25cv5084-TLB

TREVOR HAMMONS, individually and in his
official capacity; and MATT DURRETT, individually and in his
official capacity                                                    DEFENDANTS

## ENTRY OF APPEARANCE

      COMES NOW, Lemley Law Partners, Kevin Lemley, Madison Cameron and Lauren

Scroggins, and enter their appearance on behalf of Plaintiff, Jeremy Sherland.

      Dated this 16th day of June, 2025.

<div style="margin-left:50%">

Respectfully submitted,

Kevin Lemley
Lemley Law Partners
Kevin M. Lemley (2005034)
Madison Cameron (2017168)
Lauren Scroggins (2022201)
206 Plaza Blvd, Suite F
Cabot, AR 72023
lawsuits@lemley-law.com
(501) 512-0098 (voicemail only)

Attorneys for Plaintiff

</div>

## CERTIFICATE OF SERVICE

      I hereby certify that, on this 16th day of June, 2025, I electronically filed the foregoing with the Court's CM/ECF System, which shall send notification of such filing to counsel of record in this case.

<div style="margin-left:50%">

Kevin Lemley
Kevin M. Lemley

</div>

1