## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

JEREMY SHERLAND                                                      PLAINTIFF

V.                          CASE NO. 5:25-cv-05084-TLB

TREVOR HAMMONS, individually
and in his official capacity; and
MATT DURETT, individually and
in his official capacity                                            DEFENDANTS

## MOTION FOR AGREED PROTECTIVE ORDER

Comes now Separate Defendant, Trevor Hammons, individually and officially, (hereinafter referred to as "City Defendant"), by and through his attorney, Jenna Adams, and for his Motion for Protective Order, states:

1.      Plaintiff's allegations of an unlawful arrest in his Complaint stem from an arrest for a crime committed against Plaintiff's minor child.

2.      City Defendant intends to use various documents and/or videos to defend against the allegations in this case which are sensitive in nature given that Plaintiff's child is a minor and was the victim of the alleged crime, as well as and City Defendant's personnel and training records containing confidential and sensitive information. These documents will need to be subject to the protective order and filed under seal.

3.      City Defendants have circulated an agreed protective order to the parties for approval. That proposed order is attached hereto.

4.      Both counsel for Plaintiff and Defendant Matt Durett have agreed to the attached protective order.

WHEREFORE, City Defendant requests this Court to enter the attached protective order, and for all other just and proper relief to which there is entitlement.

2

Respectfully submitted,

**CITY DEFENDANT,**
**Trevor Hammons, individually and officially**


By: /s/ Jenna Adams
JENNA ADAMS, Ark. Bar No. 2015082
P.O. BOX 38
NORTH LITTLE ROCK, AR 72115
TELEPHONE (501) 978-6115
FACSIMILE (501) 978-6558
EMAIL: jenadams@arml.org

2