**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**

JEREMY SHERLAND                                                    PLAINTIFF

V.                              CASE NO.  5:25cv5084-TLB

TREVOR HAMMONS, individually and in his
official capacity; and MATT DURRETT,
individually and in his official capacity          DEFENDANTS

## MOTION TO FILE FIRST AMENDED AND SUBSTITUTED COMPLAINT

COMES NOW the Plaintiff, by and through undersigned counsel, and for his Motion to File First Amended and Substituted Complaint, states as follows:

1. Plaintiff filed this lawsuit pro se.  The Complaint needs to be amended to clarify Plaintiff's claims against the proper parties.

2. Pursuant to Fed. R. Civ. P. 15, leave to file an amended pleading should be freely given when justice requires.

3. Plaintiff moves to file a First Amended and Substituted Complaint.  A draft of the pleading is attached as Ex. 1.

4. The amended pleading makes a number of changes.  First, the pleading dismisses all claims against Defendant Matt Durrett.  Second, the pleading adds claims against Michael Calico, Payton Campbell, City of Tontitown, John Doe 1 and John Doe 2.  These claims are related to the same events as alleged against Defendant Hammons.  Third, the amended pleading provides additional factual allegations against all Defendants.  Fourth, the amended pleading provides clarified and additional claims under the U.S. Constitution, Arkansas State Constitution, and Arkansas state law claims.  All claims are related to the same events as alleged against Defendant Hammons.

5. Defendants will not be prejudiced if leave is granted.

6. Judicial resources will be conserved if leave is granted by preventing the filing of a second lawsuit.

7. Counsel for Defendants have stated they have no objection to this motion.

WHEREFORE, Plaintiff respectfully requests he be granted leave to file the attached First Amended and Substituted Complaint, and for all other appropriate relief.

Respectfully submitted,

Kevin Lemley
Lemley Law Partners
Kevin M. Lemley (2005034)
Madison Cameron (2017168)
Lauren Scroggins (2022201)
206 Plaza Blvd, Suite F
Cabot, AR 72023
lawsuits@lemley-law.com
(501) 512-0098 (voicemail only)

## CERTIFICATE OF SERVICE

I hereby certify that, on this 19th day of June, 2025, I electronically filed the foregoing with the Court's CM/ECF System, which shall send notification of such filing to counsel of record in this case.

Kevin Lemley
Kevin M. Lemley

2