IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

JEREMY SHERLAND                                                                    PLAINTIFF

V.                                    CASE NO.  5:25cv5084-TLB

TREVOR HAMMONS, individually and in his
official capacity; and MATT DURRETT,
individually and in his official capacity                    DEFENDANTS

**MOTION TO DISMISS CLAIMS AS TO DEFENDANT MATT DURRETT**

COMES NOW Plaintiff, by and through undersigned counsel, and for his Motion to Dismiss Claims as to Defendant Matt Durrett, states as follows:

1. Plaintiff no longer wishes to proceed with the claims against Defendant Durrett.  While Plaintiff disputes whether absolute or qualified immunity apply to this defendant, Judge Durrett is now a circuit judge.  Plaintiff has determined that proceeding against his defendant will be impractical, and Plaintiff an obtain appropriate relief from other defendants.

2. Pursuant to Fed. R. Civ. P. 41, Plaintiff submits this Motion to Dismiss Claims as to Defendant Matt Durrett.

3. The dismissal should be without prejudice.

4. Counsel for Defendants have stated they have no objection to this motion.

WHEREFORE, Plaintiff respectfully requests the Court to dismiss the claims against Defendant Matt Durrett without prejudice.

1

Respectfully submitted,

<u>Kevin Lemley</u>
Lemley Law Partners
Kevin M. Lemley (2005034)
Madison Cameron (2017168)
Lauren Scroggins (2022201)
206 Plaza Blvd, Suite F
Cabot, AR 72023
[lawsuits@lemley-law.com](mailto:lawsuits@lemley-law.com)
(501) 512-0098 (voicemail only)

Attorneys for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this 19th day of June, 2025, I electronically filed the foregoing with the Court's CM/ECF System, which shall send notification of such filing to counsel of record in this case.

<u>Kevin Lemley</u>
Kevin M. Lemley