**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**JEREMY SHERLAND**                                                                                                  **PLAINTIFF**

**V.**                                                  **CASE NO. 5:25-cv-05084-TLB**

**TREVOR HAMMONS, individually**
**and in his official capacity; and**
**MATT DURETT, individually and**
**in his official capacity**                                                                                   **DEFENDANTS**

## MOTION FOR THE RELEASE OF RECORDS PURSUANT TO A SUBPOENA

Comes now Separate Defendant, Trevor Hammons, individually and officially, (hereinafter referred to as "City Defendant"), by and through his attorney, Jenna Adams, and for his Motion for the Release of Records Pursuant to a Subpoena, and states as follows:

1.     Upon information and belief, a teacher intern at Plaintiff's minor child's school made a call to the Arkansas Child Abuse and Neglect Hotline regarding the incident alleged in Plaintiff's Complaint.

2.     Upon information and belief, Plaintiff's minor child was taken to the Children's Safety Center of Washington County for an interview and an investigation was conducted by the either the Arkansas State Police Crimes Against Children Division (CACD) or the Washington County Department of Human Services, Division of Children and Family Services regarding the incident that is the subject of Plaintiff's Complaint.

3.     City Defendant anticipates sending a subpoena duces tecum to the Children's Safety Center of Washington County, CACD, and the Washington County Department of Human Services, Division of Children and Family Services for the "entire file(s), including all documentation, photographs, and audio/video recordings related to the incident on or about April 20, 2023," at Plaintiff's residence involving Plaintiff and his minor child.

1

4.    To obtain complete files maintained by the Children's Safety Center of Washington County, CACD, and the Washington County Department of Human Services, Division of Children and Family Services involving the incident that is the subject of Plaintiff's Complaint, City Defendant respectfully requests that this Court enter an Order, directing said entities to release all relevant records that are retained and have been requested.

5.    Counsel for both Plaintiff and Defendant Durrett do not have any objection to an Order directing said entities to release the requested records.

WHEREFORE, City Defendant respectfully requests that the Court grant his Motion for the Release of Records Pursuant to a Subpoena and for all just and proper relief to which there may be entitlement.

Respectfully submitted,

**CITY DEFENDANT,**
**Trevor Hammons, individually and officially**


By: /s/ Jenna Adams
JENNA ADAMS, Ark. Bar No. 2015082
P.O. BOX 38
NORTH LITTLE ROCK, AR 72115
TELEPHONE (501) 978-6115
FACSIMILE (501) 978-6558
EMAIL: jenadams@arml.org

2