**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**JEREMY SHERLAND**                                                                          **PLAINTIFF**

**V.**                              **CASE NO. 5:25-CV-5084**

**TREVOR HAMMONS, Individually and in His Official Capacity**        **DEFENDANT**

## ORDER

Now before the Court is Defendant Trevor Hammons's unopposed Motion for the Release of Records pursuant to a Subpoena (Doc. 23). Upon consideration, the Motion is **GRANTED**, and the Court hereby **ORDERS** the Children's Safety Center of Washington County, Crimes Against Children Division, and the Washington County Department of Human Services, Division of Children and Family Services, to release all records relevant to the incident that is the subject of Plaintiff Jeremy Sherland's Complaint in this matter that are requested by any party to this case through a properly served subpoena *duces tecum*. The information disclosed will be subject to the terms of the Protective Order (Doc. 27) that was entered in this case on June 23, 2025.

**IT IS SO ORDERED** on this 30th day of June, 2025.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE