(Rev. 12/1/2018)

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

Jeremy Sherland

| | |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 5:25-cv-05084-TLB |
| Trevor Hammons, et al. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Trevor Hammons, Michael Calico, Payton Campbell, all individually and officially, and the City of Tontitown

.

Date: July 10, 2025

Jenna Adams, Ark Bar No. 2015082
*Attorney's printed name and bar number*

P.O. Box 38, North Little Rock, AR 72115
*Address*

jenadams@arml.org
*E-mail address*

(501) 978-6115
*Telephone number*

(501) 978-6558
*FAX number*