IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JEREMY SHERLAND                                                  PLAINTIFF

v.                                      Civil No. 5:25-CV-5084

TREVOR HAMMONS, Individually and in His
Official Capacity as Police Officer; MICHAEL CALICO,
Individually and in His Official Capacity as Police Officer;
PAYTON CAMPBELL, Individually and in His Official
Capacity as Police Officer; JOHN DOE 1, Individually and
in His Official Capacity as Police Officer; JOHN DOE 2, In-
dividually and in His Official Capacity as Police Officer; and
CITY OF TONTITOWN                                                DEFENDANT(S)

## ORDER SETTING SETTLEMENT CONFERENCE

All parties and lead counsel are hereby **ORDERED TO APPEAR** before the undersigned at the U. S. Federal Building, 35 E. Mountain, Fayetteville, Arkansas, in Room 210 at **9:00 A.M.** on   **May 27, 2026**.   Any insured party should appear along with a representative of the insurer who has authority to negotiate a settlement. If a public entity is a party, all of the members of the board of the public entity, or a quorum of the entity, who have complete authority to agree to a settlement, or a representative given such authority by the board members, may be required to appear.   The United States should appear with an appropriate representative of any agency involved in the matter.

Each party shall email the undersigned a concise, confidential settlement statement to CDCsettle@arwd.uscourts.gov **one week prior to the scheduled conference.**  Counsel should include at least one strength and one weakness of their case which may not be apparent to the Court from its consideration of the pleadings. If no settlement discussions have taken place, the Court encourages the parties to exchange offers of settlement prior to the conference.

If any party has a conflict with the scheduled date or time, **promptly** notify the Court via email to CDCsettle@arwd.uscourts.gov.  If the case settles before the conference, email or call (479) 251-1946 to advise the Court.

**By motion and for good cause shown, a party may request to be excused from attending the settlement conference. Such motions must be filed no later than 30 days prior to the scheduled conference.** If the trial is continued in this case, the settlement conference will remain as scheduled.

IT IS SO ORDERED July 25, 2025.

*/s/ Christy Comstock*
HONORABLE CHRISTY COMSTOCK
CHIEF UNITED STATES MAGISTRATE JUDGE