**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS**

JEREMY SHERLAND                                                                    PLAINTIFF

V.                                        CASE NO.  5:25cv5084-TLB

TREVOR HAMMONS, individually and in his
official capacity as police officer; MICHAEL CALICO,
individually and in his official capacity as police officer;
PAYTON CAMPBELL, individually and in his official
capacity as police officer; and CITY OF TONTITOWN          DEFENDANTS

## MOTION TO FILE SECOND AMENDED AND SUBSTITUTED COMPLAINT

COMES NOW the Plaintiff, by and through undersigned counsel, and for his Motion to

File Second Amended and Substituted Complaint, states as follows:

1. Pursuant to Fed. R. Civ. P. 15, leave to file an amended pleading should be freely given

   when justice requires.

2. Plaintiff filed his initial complaint pro se.  Upon entry of undersigned counsel, a First

   Amended and Substituted Complaint was submitted and approved.  This pleading included

   John Doe defendants.

3. Plaintiff moves to file a Second Amended and Substituted Complaint.  A draft of the

   pleading is attached as Ex. 1.

4. The amended pleading makes minor changes.  First, the pleading removes all claims

   against the John Doe defendants.  Second, paragraphs 22 – 34 provide minor changes in

   the factual allegations based upon evidence received.

5. The Second Amended and Substituted Complaint contains no new legal claims nor major

   changes in the factual allegations.

6. Defendants will not be prejudiced if leave is granted.

1

7. Counsel for Defendants have stated they have no objection to this filing.

WHEREFORE, Plaintiff respectfully requests he be granted leave to file the attached Second Amended and Substituted Complaint, and for all other appropriate relief.

Respectfully submitted,

Kevin Lemley
Lemley Law Partners
Kevin M. Lemley (2005034)
Madison Cameron (2017168)
Lauren Scroggins (2022201)
206 Plaza Blvd, Suite F
Cabot, AR 72023
lawsuits@lemley-law.com
(501) 512-0098 (voicemail only)


## CERTIFICATE OF SERVICE

I hereby certify that, on this 29th day of September, 2025, I electronically filed the foregoing with the Court's CM/ECF System, which shall send notification of such filing to counsel of record in this case.

Kevin Lemley
Kevin M. Lemley