**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**

**JEREMY SHERLAND**                                                                              **PLAINTIFF**

**V.**                                        **CASE NO.  5:25cv5084-TLB**

**TREVOR HAMMONS, individually and in his**
**official capacity as police officer; MICHAEL CALICO,**
**individually and in his official capacity as police officer;**
**PAYTON CAMPBELL, individually and in his official**
**capacity as police officer; and CITY OF TONTITOWN**                      **DEFENDANTS**

**MOTION TO FILE VIDEO EXHIBITS UNDER SEAL**

1. Plaintiff is preparing to file a motion for partial summary judgment.

2. The motion will have 3 video exhibits showing the police encounter on April 20, 2023.

3. The videos contain the likeness of Z.S.  While Z.S. is an adult now, he was a minor at the time.

4. Plaintiff moves to file the video exhibits under seal.

Respectfully submitted,

Kevin Lemley
Lemley Law Partners
Kevin M. Lemley, #2005034
206 Plaza Blvd., Suite F
Cabot, AR  72023
(501) 512-0098
lawsuits@lemley-law.com

Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

I hereby certify that, on this 12th day of January, 2026, I electronically filed the foregoing with the Court's CM/ECF System, which shall send notification of such filing to counsel of record in this case.

 Kevin Lemley
 Kevin M. Lemley