**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**

**JEREMY SHERLAND**                                                                              **PLAINTIFF**

**V.**                                              **CASE NO.  5:25cv5084-TLB**

**TREVOR HAMMONS, individually and in his**
**official capacity as police officer; MICHAEL CALICO,**
**individually and in his official capacity as police officer;**
**PAYTON CAMPBELL, individually and in his official**
**capacity as police officer; and CITY OF TONTITOWN**                        **DEFENDANTS**

## MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DEFENDANTS CALICO, CAMPBELL, and HAMMONS ON PLAINTIFF'S FOURTH AMENDMENT CLAIMS

COMES NOW Plaintiff, by and through undersigned counsel, and submits his Motion for

Partial Summary Judgment as to Defendants Calico, Campbell, and Hammons on Plaintiff's

Fourth Amendment Claims.  The basis for the motion is stated more particularly in a brief filed

simultaneously herewith.

                                                    Respectfully submitted,

                                                    Kevin Lemley
                                                    Lemley Law Partners
                                                    Kevin M. Lemley, #2005034
                                                    206 Plaza Blvd., Suite F
                                                    Cabot, AR  72023
                                                    (501) 512-0098
                                                    lawsuits@lemley-law.com

                                                    Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

I hereby certify that, on this 12th day of January, 2026, I electronically filed the foregoing with the Court's CM/ECF System, which shall send notification of such filing to counsel of record in this case.

<u>Kevin Lemley</u>
Kevin M. Lemley