**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**

JEREMY SHERLAND                                                                                    PLAINTIFF

V.                                    CASE NO.  5:25cv5084-TLB

TREVOR HAMMONS, individually and in his
official capacity as police officer; MICHAEL CALICO,
individually and in his official capacity as police officer;
PAYTON CAMPBELL, individually and in his official
capacity as police officer; and CITY OF TONTITOWN                    DEFENDANTS

**STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR PARTIAL
SUMMARY JUDGMENT AS TO DEFENDANTS CALICO, CAMPBELL, and
HAMMONS ON PLAINTIFF'S FOURTH AMENDMENT CLAIMS**

1.  Z.S.'s ear was pierced in a private residence in December 2022 in Van Buren County, Arkansas.

2.  Jeremy Sherland is the father of Z.S.

3.  Z.S. began attending Har-Ber High School on January 6, 2023.

4.  Z.S.openly wore his earring the whole time he attended Har-Ber High School.

5.  On April 20, 2023, Emma Zemcuznikov was a teacher's aid at Har-Ber High School. She claimed to have heard Z.S. say that Jeremy Sherland pierced his ear when Jeremy Sherland was drunk and put Z.S. in a chokehold.

6.  This report triggered a DHS investigation.

7.  The DHS investigation concluded with a finding of no wrongdoing.

8.  Defendants never spoke with Ms. Zemcuznikov prior to Plaintiff's arrest.

9.  Defendants never investigated Ms. Zemcuznikov's veracity.

10. Defendants Calico, Campbell, and Hammons all arrived at Plaintiff's house on April 20, 2023.

11. Defendants Calico, Campbell, and Hammons questioned Plaintiff about the ear piercing, and for a time Plaintiff answered their questions.

12. Z.S.'s ear was visible during this encounter.

1

13. Z.S.'s ear was not red or infected on April 20, 2023.

14. Both Plaintiff and Z.S. explained that Z.S. had requested the ear piercing.

15. Plaintiff exercised his constitutional right to end the voluntary encounter with Defendants.

16. Defendants Calico and Campbell explained they would go get a warrant.

17. Defendants left Mr. Shetland's residence.

18. Defendants Calico, Campbell, and Hammons met with the prosecuting attorney. The prosecuting attorney advised them they could arrest Plaintiff for the ear piercing.

19. Defendants Calico, Campbell, and Hammons delegated the arrest decision to the prosecuting attorney.

20. The prosecuting attorney is not allowed to instruct police officers to perform a warrantless arrest.

21. Defendants Calico, Campbell, and Hammons failed to get a warrant for Plaintiff's arrest.

22. Defendants Calico, Campbell, and Hammons failed to even submit an affidavit for a warrant.

23. Defendants Calico, Campbell, and Hammons returned to Plaintiff's home.

24. Defendants Calico, Campbell, and Hammons performed a warrantless entry into Plaintiff's home.

25. Defendants Calico, Campbell, and Hammons performed a warrantless arrest of Mr. Sherland.

26. Other than Plaintiff, none of Defendants have ever arrested anyone for an ear piercing.

27. Mr. Sherland was held in jail for two days.

28. The criminal case against Mr. Sherland was dismissed.

2

Respectfully submitted,

Kevin Lemley
Lemley Law Partners
Kevin M. Lemley, #2005034
206 Plaza Blvd., Suite F
Cabot, AR  72023
(501) 512-0098
lawsuits@lemley-law.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that, on this 12th day of January, 2026, I electronically filed the foregoing with the Court's CM/ECF System, which shall send notification of such filing to counsel of record in this case.

Kevin Lemley
Kevin M. Lemley

3