**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**JEREMY SHERLAND**                                                               **PLAINTIFF**

**V.**                                      **CASE NO. 5:25-cv-05084-TLB**

**TREVOR HAMMONS, individually and in his**
**official capacity as police officer; MICHAEL CALICO,**
**individually and in his official capacity as police officer;**
**PAYTON CAMPBELL, individually and in his official**
**capacity as police officer; JOHN DOE 1, individually and**
**in his official capacity as police officer; JOHN DOE 2,**
**individually and in his official capacity as police officer;**
**and CITY OF TONTITOWN**                                          **DEFENDANTS**

### MOTION TO EXTEND TIME ON RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Come now, the Defendants, Trevor Hammons, Michael Calico, Payton Campbell, both individually and officially, and the City of Tontitown (hereinafter referred to as "Defendants"), by and through their attorney, Jenna Adams, and for their Motion to Extend Time on Response to Plaintiff's Motion for Partial Summary Judgment, state:

1.     The current deadline to complete discovery is March 2, 2026, and the dispositive motion deadline is March 9, 2026. **Doc. No. 34.**

2.     On January 12, 2026, Plaintiff filed a Motion for Partial Summary Judgment. **Doc. Nos. 40, 41, 42.** Defendants response is currently due on January 26, 2026.

3.     Defendants received Plaintiff's responses to written discovery on December 24, 2025. Defendants have not yet reviewed the discovery responses for any potential deficiencies. Defendants are also still requesting medical records and employment records through releases signed by Plaintiff.

4.      Plaintiff sent written discovery requests to Defendants on January 5, 2025, to which Defendants are currently in the process of responding.

5.      Defendants have scheduled the depositions of Plaintiff, Zethen Sherland, and Sabrina Masterson for February 16, 2026.

6.      In addition to the fact that written discovery is still ongoing, Defendants will need time to receive the deposition transcripts in order to prepare a response to Plaintiff's Motion for Partial Summary Judgment, as well as to prepare for filing Defendants' Motion for Summary Judgment.

7.      Thus, Defendants respectfully request until March 9, 2026 in which to file a response to Plaintiff's Motion for Partial Summary Judgment.

8.      Plaintiff's counsel has been contacted and has no objection to this request.

9.      This motion is not made for the purpose of delay, and no party will be prejudiced by the granting of this motion.

WHEREFORE, Defendants respectfully request that this Court grant their Motion, and for all other just and proper relief to which they are entitled.

Respectfully submitted,

**DEFENDANTS**

By: /s/ Jenna Adams
JENNA ADAMS, Ark. Bar No. 2015082
P.O. BOX 38
NORTH LITTLE ROCK, AR 72115
TELEPHONE (501) 978-6115
FACSIMILE (501) 978-6558
EMAIL: jenadams@arml.org

2