

We help good people in
tight spots.

**Cabot Office**
206 Plaza Blvd, Suite F
Cabot, AR 72023

**Searcy Office**
1602 E. Booth, Suite 5
Searcy, AR 72143

**Little Rock Office**
204 Executive Court, Suite 305
Little Rock, AR 72205

January 12, 2026

Clerk of Court
United States District Court
35 East Mountain Street, Room 510
Fayetteville, AR 72701-5354

     Re:   *Sherland v. Hammons, et al*, Case No. 4:25-05084-TLB

Dear Clerk:

     Enclosed please find a disk with Exhibits 1, 2, and 3 to the brief in support of motion for partial summary judgment, Docket # 41. These exhibits are subject to the motion to file under seal, Docket # 39.

                             Sincerely,

                             *Kevin Lemley*

                             Kevin Lemley

cc:    Jenna Adams

KEVIN LEMLEY LAW PARTNERS
206 Plaza Blvd., Suite F
Cabot, AR   72023

Received WDVAR

JAN 20 2026

U.S. Clerk's Office



**Retail**

UNITED STATES
POSTAL SERVICE

RDC 03     0 Lb 1.20 Oz

U.S. POSTAGE PAID
PM
CABOT, AR 72023
JAN 13, 2026

72701     **$11.90**

S2324N503022-09

Clerk of Court
U.S. District Court
35 E. Mountain St., Room 510
Fayetteville, AR  72701-5354