IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JEREMY SHERLAND                                                    PLAINTIFF

V.                        CASE NO. 5:25-cv-05084-TLB

TREVOR HAMMONS, individually and in his
official capacity as police officer; MICHAEL CALICO,
individually and in his official capacity as police officer;
PAYTON CAMPBELL, individually and in his official
capacity as police officer; JOHN DOE 1, individually and
in his official capacity as police officer; JOHN DOE 2,
individually and in his official capacity as police officer;
and CITY OF TONTITOWN                                              DEFENDANTS

**DEFENDANT CALICO'S MOTION TO EXTEND TIME ON RESPONSE TO
PLAINTIFF'S REQUEST FOR ADMISSIONS, INTERROGATORIES, AND REQUEST
FOR PRODUCTION OF DOCUMENTS**

Come now, Separate Defendant Michael Calico, both individually and officially,
(hereinafter referred to as "Calico"), by and through his attorney, Jenna Adams, and for his Motion
to Extend Time on Response to Plaintiff's Request for Admissions, Interrogatories, and Request
for Production of Documents, states:

1.     On July 1, 2025, this Court held a Case Management hearing in this case.

2.     Undersigned counsel informed the Court that Calico was a member of the United
States Army and was set to deploy in or around November 2025, which might affect his ability to
participate in this lawsuit and the deadlines set forth by the Court.

3.     Undersigned counsel was informed to remind the Court at a later time should
Calico's deployment become an issue with the scheduling order and defense of the case.

4.     Calico deployed with the United States Army to Africa in November 2025, and is
scheduled to remain deployed overseas until at least August 2026, however, he will not return back
to Arkansas until at least September 2026.

5.  On January 5, 2026, Plaintiff served Calico with Requests for Admissions, Interrogatories, and Requests for Production of Documents.

6.  A response to these requests is due February 4, 2026.

7.  Due to Calico's deployment in Africa, he does not have reliable access to internet, phone calls to consult with his attorney, or his files related to this case. There is also a significant time difference which further inhibits his ability to consult with his attorney. Furthermore, his duties and obligations with the United States Army while deployed make it difficult for him to devote his time to his defense in this case.

8.  Calico will be filing a separate Motion to Stay the proceedings and request to vacate or amend the current scheduling order pursuant to 50 U.S.C. §§ 3931 and 3932.[1]

9.  Because Calico is currently deployed to Africa with the United States Army and his responses to Plaintiff's discovery requests are due February 4, 2026, Calico requests a stay on his responses to Plaintiff's Request for Admissions, Interrogatories, and Request for Production of Documents until 30 days after he returns from his deployment.

10.  Plaintiff's counsel has been contacted and as of the date of this filing, has not responded to whether he has any objection to this request.

11.  This motion is not made for the purpose of delay, and no party will be prejudiced by the granting of this motion.

WHEREFORE, Defendant Calico respectfully requests that this Court grant his Motion, and for all other just and proper relief to which he is entitled.

---

[1] At the time of this filing, undersigned counsel is still acquiring the necessary military orders and documentation from Calico's commander to file said motion to stay the proceedings. Because Calico's responses to discovery are due February 4, 2026, undersigned counsel wanted to get this motion before the Court as soon as possible.

Respectfully submitted,

**DEFENDANT, Michael Calico**


By: /s/ Jenna Adams
JENNA ADAMS, Ark. Bar No. 2015082
P.O. BOX 38
NORTH LITTLE ROCK, AR 72115
TELEPHONE (501) 978-6115
FACSIMILE (501) 978-6558
EMAIL: jenadams@arml.org

3