# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**JEREMY SHERLAND**                                                     **PLAINTIFF**

**V.**                          **CASE NO. 5:25-cv-05084-TLB**

**TREVOR HAMMONS, individually and in his
official capacity as police officer; MICHAEL CALICO,
individually and in his official capacity as police officer;
PAYTON CAMPBELL, individually and in his official
capacity as police officer; JOHN DOE 1, individually and
in his official capacity as police officer; JOHN DOE 2,
individually and in his official capacity as police officer;
and CITY OF TONTITOWN**                                    **DEFENDANTS**

## MOTION TO STAY PROCEEDINGS AND REQUEST TO VACATE OR AMEND THE CURRENT SCHEDULING ORDER

COMES NOW, Separate Defendant Michael Calico ("Calico"), by and through his attorney, Jenna Adams, and for his Motion to Stay Proceedings and Request to Vacate or Amend the Scheduling Order herein states:

1.     On July 1, 2025, this Court held a Case Management hearing in this case.

2.     Undersigned counsel informed the Court that Calico was a member of the United States Army and was set to deploy in or around November 2025, which might affect his ability to participate in this lawsuit and the deadlines set forth by the Court.

3.     Undersigned counsel was informed to remind the Court at a later time should Calico's deployment become an issue with the scheduling order and defense of the case.

4.     Calico deployed with the United States Army to Africa as of November 13, 2025, and is scheduled to remain deployed overseas until around September 15, 2026.

5.     Calico's deployment prevents adequate participation in his own defense. Pursuant to 50 U.S.C. § 3932, Calico requests a stay of all proceedings until his return.

1

6.      Counsel for Plaintiff has been contacted, and he states that he has not yet consulted with his client as to whether there is an objection to the temporary stay of the proceedings.

7.      If a stay is granted, the parties would request that the current scheduling order be vacated and a new scheduling order be entered upon its lifting.

8.      A supporting memorandum is filed concurrently herewith, as well as three exhibits filed under seal which evidence Calico's deployment location and duration, as well as grounds supporting the stay of proceedings.

WHEREFORE, Separate Defendant Calico respectfully requests that the Court grant a stay of all proceedings under 50 U.S.C. § 3932 until September 15, 2026 and vacate or modify the existing scheduling order to reflect the stay, and grant such other relief as is just and proper.

Respectfully submitted,

**DEFENDANT, Michael Calico**


By: /s/ Jenna Adams
JENNA ADAMS, Ark. Bar No. 2015082
P.O. BOX 38
NORTH LITTLE ROCK, AR 72115
TELEPHONE (501) 978-6115
FACSIMILE (501) 978-6558
EMAIL: jenadams@arml.org

2