**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**JEREMY SHERLAND**                                                                 **PLAINTIFF**

**V.**                               **CASE NO. 5:25-cv-05084-TLB**

**TREVOR HAMMONS, individually and in his
official capacity as police officer; MICHAEL CALICO,
individually and in his official capacity as police officer;
PAYTON CAMPBELL, individually and in his official
capacity as police officer; JOHN DOE 1, individually and
in his official capacity as police officer; JOHN DOE 2,
individually and in his official capacity as police officer;
and CITY OF TONTITOWN**                                              **DEFENDANTS**

**DEFENDANTS' MOTION TO FILE EXHIBITS UNDER SEAL**

COMES NOW, Separate Defendant Michael Calico ("Calico"), by and through his attorney, Jenna Adams, and for his Motion to File Exhibits Under Seal, states:

1.      Defendant Calico is currently on military deployment in Africa, which prevents him from adequately participating in the defense of this matter.

2.      Defendant Calico has filed a Motion to Stay Proceedings and Request to Vacate or Amend the Scheduling Order and Brief in Support. **Doc. Nos. 48, 49.**

3.      Attached to his Motion to Stay Proceedings are Exhibits A, B and C, which include communications from Calico and his commanding officer, evidencing how his current duties prevent meaningful participation in the lawsuit, and his deployment orders, which evidence the location and duration of his deployment.

4.      Due to the sensitive nature of the information contained in Exhibits A, B and C, Defendant Calico seeks leave of the Court to submit this military documentation under seal to support his Unopposed Motion to Stay Proceedings, pursuant to 50 U.S.C. § 3932.

Respectfully submitted,

**DEFENDANT, Michael Calico**


JENNA ADAMS, Ark. Bar No. 2015082
P.O. Box 38
North Little Rock, AR 72115
TELEPHONE: 501-978-6115
FACSIMILE: 501-978-6558
EMAIL: jenadams@arml.org

2