**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**JEREMY SHERLAND**                                                                    **PLAINTIFF**

**V.**                                    **CASE NO. 5:25-cv-05084-DCF**

**TREVOR HAMMONS, individually and in his**
**official capacity as police officer; MICHAEL CALICO,**
**individually and in his official capacity as police officer;**
**PAYTON CAMPBELL, individually and in his official**
**capacity as police officer; JOHN DOE 1, individually and**
**in his official capacity as police officer; JOHN DOE 2,**
**individually and in his official capacity as police officer;**
**and CITY OF TONTITOWN**                                                   **DEFENDANTS**

**DEFENDANTS' MOTION TO EXTEND/STAY DISPOSITIVE MOTION DEADLINE**
**AND TO EXTEND/STAY TIME ON DEFENDANTS' RESPONSE TO**
**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Come now, the Defendants, Trevor Hammons, Michael Calico, Payton Campbell, individually and officially, and the City of Tontitown (hereinafter referred to as "Defendants"), by and through their attorney, Jenna Adams, and for their Motion to Extend/Stay Dispositive Motion Deadline and to Extend/Stay Time on Defendants' Response to Plaintiff's Motion for Partial Summary Judgment, state:

1.      The trial in this matter is currently set for the Court's two-week trial term starting July 20, 2026. **Doc. No. 34.**

2.      Plaintiff filed a Motion for Partial Summary Judgment on January 12, 2026. **Doc. Nos. 40, 41, 42.**

3.      Defendants Filed a Motion to Extend Time on Response to Plaintiff's Motion for Partial Summary Judgment on January 15, 2026. **Doc. No. 44.** The Court granted the same on January 15, 2026. **Doc. No. 45.**

4.      The current deadline for Defendants' response to Plaintiff's Motion for Partial Summary Judgment is March 9, 2026. **Doc. No. 45.**

5.      The current deadline for Defendants to file a dispositive motion of their own is also March 9, 2026. **Doc. No. 34.**

6.      On February 6, 2026, Separate Defendant, Michael Calico, filed a Motion to Stay Proceedings and Request to Vacate or Amend the Current Scheduling Order due to his current deployment with the United States Army. **Doc. Nos. 48 and 49.**

7.      Despite the request to stay, Defendants went ahead and took the depositions of Plaintiff, Plaintiff's son, and Plaintiff's mother on February 16, 2026.

8.      On February 19, 2026, this case was reassigned to Judge Fowlkes, who has not yet ruled on the pending Motion to Stay. **Doc. No. 53.**

9.      Given that Defendant Calico is currently deployed to Africa and unavailable to participate in a response to Plaintiff's Motion for Partial Summary Judgment or Defendants' own Motion for Summary Judgment, Defendants request that the deadlines for filing a response and dispositive motion be stayed until Defendant Calico returns from deployment. *See* **Doc. Nos. 48 and 49.**

5.      Undersigned counsel emailed Plaintiff's counsel to see if he has an objection to this request, and at the time of this filing, no response has been received.

6.      No undue delay or inconvenience will be experienced by the granting of this request, and none of the parties herein will be prejudiced if Defendants' request is granted.

WHEREFORE, Defendants respectfully request that this Court grant their Motion to Extend/Stay Dispositive Motion Deadline and to Extend/Stay Time on Defendants' Response to

2

Plaintiff's Motion for Partial Summary Judgment, and for all other just and proper relief to which they are entitled.

Respectfully submitted,

**DEFENDANTS**

JENNA ADAMS, Ark. Bar No. 2015082
P.O. Box 38
North Little Rock, AR 72115
TELEPHONE: 501-978-6115
FACSIMILE: 501-978-6558
EMAIL: jenadams@arml.org